UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

 

| | |
|---|---|
| ROBERT M. COMINSKY, ET AL., | Plaintiff, |
| -v- | |
| WACHOVIA CORPORATION, ET AL., | Defendant. |



Case No.

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

ROBERT M. COMINSKY, ET AL.,       (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: JUNE 30, 2008

Signature of Attorney

Attorney Bar Code: EM 7117

Form Rule7_1.pdf  SDNY Web 10/2007