UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ROSE HANSEN, individually, and on behalf of all others similarly situated,

    Plaintiff,

v.

WACHOVIA CORPORATION, Wachovia Bank, National Association, John D. Baker, II, James S. Balloun, Robert J. Brown, John T. Casteen, III, Jerry Gritt, Jr. William H. Goodwin, III, Robert A. Ingram, Donald M. James, Mackey J. MacDonald, Joseph Neubauer, Lloyd U. Noland, Timothy D. Proctor, Ernest S. Rady, Van L. Richey, Ruth G. Shaw, Lanty L. Smith, G. Kennedy Thompson, John C. Whitaker, Jr., Dona Davis Young, Management Resources & Compensation Committee Benefits Committee, Benjamin J. Jolley and Does1-100,

    Defendants.
------------------------------------------------------------x
TODD A. WRIGHT, individually, and on behalf of all others similarly situated,

    Plaintiff,

v.

WACHOVIA CORP., John D. Baker, II, Peter C. Browning, John T Casteen, III, Jerome A. Gitt, Jr., William H. Goodwin, III, Maryellen C. Herringer, Robert A. Ingram, Donald M. James, Mackey J. McDonald, Joseph Neubauer, Timothy D. Proctor, Ernest S. Rady, Van L. Richey, Ruth G. Shaw, Lanty L. Smith, G. Kennedy Thompson, Donna Davis Young, Benjamin J Jolly, Shannon McFayden and John and Jane Does 1-20

    Defendants.
------------------------------------------------------------x

Civil Action No.: 08-cv-05320-NRB

Civil Action No.: 08-cv-05324-DC

```
-----------------------------------------------------------------x
DENISE A. TUTTLE, on behalf of herself and      :
all others similarly situated,                  :
                                                :
        Plaintiff,                              :
                                                :
v.                                              :   Civil Action No.: 08-cv-05578-DC
                                                :
Wachovia Corporation, John D. Baker, II, Peter C.:
Browning, John T. Casteen, III, Jerome A. Gitt, :
William H. Goodwin, JR, Maryellen C. Herringer, :
Robert A. Ingram, Donald M. James, Mackey J.    :
McDonald, Joseph Neubauer, Timothy D. Proctor,  :
Ernest S. Rady, Van L. Richey, Ruth G. Shaw,    :
Lanty L. Smith, G. Kennedy Thompson, Dona       :
Davis Young, Benjamin J. Jolley, Shannon        :
McFayden, Jane Does 1-40 and John Does 1-40,    :
                                                :
        Defendants.                             :
-----------------------------------------------------------------x
ROBERT M. COMINSKY, Barbara Pegues,             :
Sharon Creel and Peter J. Zeman, individually,  :
on behalf of the Wachovia Savings Plan, and     :
all others similarly situated,                  :
                                                :
        Plaintiffs,                             :
v.                                              :   Civil Action No.: 08-cv-05990-UA
                                                :
Wachovia Corporation, Wachovia Bank,            :
National Association, Wachovia Benefits         :
Committee, Benjamin J. Jolley, John Does 1-10,  :
Wachovia Board of Directors, John Baker II,     :
James Balloun, Robert Brown, Peter Browning,    :
John Casteen III, Jerry Gitt, William Goodwin Jr.,:
Maryellen Herringer, Robert Ingram, Donald      :
James, Mackey McDonald, Wallace Malone,         :
Joseph Neubauer, Lloyd Noland III, Timothy      :
Proctor, Ernest Rady, Van Richey, Ruth Shaw,    :
Lanty Smith, G. Kennedy Thompson, John          :
Whitaker Jr. and Dona Young,                    :
                                                :
        Defendants.                             :
-----------------------------------------------------------------x
```

```
-----------------------------------------------------------------x
JASON T. WILLARD, on behalf of himself and      :
all others similarly situated,                  :
                                                :
         Plaintiff,                             :
                                                :
v.                                              :     Civil Action No.: 08-cv-06196-UA
                                                :
Wachovia Corporation, G. Kennedy Thompson,      :
John D. Baker, III, Peter C. Browning, John T.  :
Casteen, III, Jerome A. Gitt, William H. Goodwin,:
III, Maryellen C. Herringer, Robert A. Ingram,  :
Donald M. James, Mackey J. McDonald, Joseph     :
Neubauer, Timothy D. Proctor, Ernest S. Rady,   :
Van L. Richey, Ruth G. Shaw, Lanty L. Smith,    :
Dona Davis Young, Thomas J. Wurtz, Benjamin J.  :
Jolley, Wachovia Benefits Committee,            :
Management Resource & Compensation              :
Committee and John Does 1-10                    :
                                                :
         Defendants.                            :
-----------------------------------------------------------------x
```

**NOTICE OF MOTION AND MOTION FOR CONSOLIDATION OF RELATED ACTIONS AND FOR APPOINTMENT OF INTERIM LEAD PLAINTIFFS, INTERIM LEAD COUNSEL AND INTERIM LIAISON COUNSEL**

PLEASE TAKE NOTICE THAT Plaintiffs Robert M. Cominsky, Barbara Pegues, Sharon Creel and Peter J. Zeman ("Plaintiffs") move for the entry of the [Proposed] Pretrial Order No. 1 submitted herewith which:

    1.    consolidates the above captioned actions;

    2.    appoints Plaintiffs as Interim Lead Plaintiffs for the Wachovia Savings Plan ("Plan") and on behalf of a class of participants and beneficiaries of that Plan ("Participants");

    3.    appoints Izard Nobel LLP ("Izard Nobel") Interim Lead Counsel for the ERISA class plaintiffs;

    5.    appoints Sarraf Gentile LLP ("Sarraf Gentile") as Interim Liaison Counsel for the ERISA class plaintiffs.

**WHEREFORE**, for the reasons set forth in the supporting documents filed herewith, Plaintiff respectfully requests that this Court grant this motion and enter the [Proposed] Pretrial Order No. 1 submitted herewith.

Dated: July 18, 2008                                         Respectfully submitted:

                                                **SARRAF GENTILE LLP**

                                  By:  /s/ Ronen Sarraf
                                       Ronen Sarraf
                                         Joseph Gentile
                                         11 Hanover Square, 2nd Floor
                                         New York, NY 10005
                                         Telephone: (212) 868-3610
                                         Facsimile: (212) 918-7967
                                         *ronen@sarrafgentile.com*
                                         *joseph@sarrafgentile.com*

                                         Robert A. Izard
                                         **IZARD NOBEL LLP**
                                         20 Church St., 17th Floor
                                         Hartford, CT 06103
                                         Telephone: (860) 493-6293
                                         Facsimile: (860) 493-6290
                                         *rizard@izardnobel.com*

                                         Edwin J. Mills
                                         **STULL STULL & BRODY**
                                         6 East 45th Street
                                         New York, NY 10017
                                         Telephone: (212) 687-7230
                                         Facsimile: (212) 490-2022
                                         *emills@ssbny.com*

                                         Major Khan
                                         **MAJOR KHAN LLC**
                                         20 Bellevue Street
                                         Weehawken, NJ 07086
                                         Telephone: (646) 546-5664
                                         Facsimile: (646) 546-5755
                                         *mk@mk-llc.com*

                                         **Attorneys for Robert M. Cominsky,**
                                         **Barbara Pegues, Sharon Creel**
                                         **and Peter J. Zeman**

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2008: (i) a true and correct copy of the foregoing motion and accompanying papers were electronically filed using the Court's ECF system which will send a notification of such filing to all users of the ECF system; (ii) a true and correct copy of the [Proposed] Pretrial Order No. 1 was emailed to judgments@nysd.uscourts.gov; and, (iii) a true and correct copy of the foregoing motion and accompanying papers were served by U.S. Mail upon the following:

Myron D. Rumeld
Proskauer Rose LLP
1585 Broadway
New York, NY 10036


       /s/ Ronen Sarraf