UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ROSE HANSEN, individually, and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | Civil Action No.: 08-cv-05320-NRB |
| WACHOVIA CORPORATION, Wachovia Bank, National Association, John D. Baker, II, James S. Balloun, Robert J. Brown, John T. Casteen, III, Jerry Gritt, Jr. William H. Goodwin, III, Robert A. Ingram, Donald M. James, Mackey J. MacDonald, Joseph Neubauer, Lloyd U. Noland, Timothy D. Proctor, Ernest S. Rady, Van L. Richey, Ruth G. Shaw, Lanty L. Smith, G. Kennedy Thompson, John C. Whitaker, Jr., Dona Davis Young, Management Resources & Compensation Committee Benefits Committee, Benjamin J. Jolley and Does1-100, | |
| Defendants. | |

---

| | |
|---|---|
| TODD A. WRIGHT, individually, and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | Civil Action No.: 08-cv-05324-DC |
| WACHOVIA CORP., John D. Baker, II, Peter C. Browning, John T Casteen, III, Jerome A. Gitt, Jr., William H. Goodwin, III, Maryellen C. Herringer, Robert A. Ingram, Donald M. James, Mackey J. McDonald, Joseph Neubauer, Timothy D. Proctor, Ernest S. Rady, Van L. Richey, Ruth G. Shaw, Lanty L. Smith, G. Kennedy Thompson, Donna Davis Young, Benjamin J Jolly, Shannon McFayden and John and Jane Does 1-20 | |
| Defendants. | |

```
------------------------------------------------------------x
DENISE A. TUTTLE, on behalf of herself and          :
all others similarly situated,                      :
                                                    :
        Plaintiff,                                  :
                                                    :
v.                                                  :    Civil Action No.: 08-cv-05578-DC
                                                    :
Wachovia Corporation, John D. Baker, II, Peter C.   :
Browning, John T. Casteen, III, Jerome A. Gitt,     :
William H. Goodwin, JR, Maryellen C. Herringer,     :
Robert A. Ingram, Donald M. James, Mackey J.        :
McDonald, Joseph Neubauer, Timothy D. Proctor,      :
Ernest S. Rady, Van L. Richey, Ruth G. Shaw,        :
Lanty L. Smith, G. Kennedy Thompson, Dona           :
Davis Young, Benjamin J. Jolley, Shannon            :
McFayden, Jane Does 1-40 and John Does 1-40,        :
                                                    :
        Defendants.                                 :
------------------------------------------------------------x
ROBERT M. COMINSKY, Barbara Pegues,                 :
Sharon Creel and Peter J. Zeman, individually,      :
on behalf of the Wachovia Savings Plan, and         :
all others similarly situated,                      :
                                                    :
        Plaintiffs,                                  :
v.                                                  :    Civil Action No.: 08-cv-05990-UA
                                                    :
Wachovia Corporation, Wachovia Bank,                :
National Association, Wachovia Benefits             :
Committee, Benjamin J. Jolley, John Does 1-10,      :
Wachovia Board of Directors, John Baker II,         :
James Balloun, Robert Brown, Peter Browning,        :
John Casteen III, Jerry Gitt, William Goodwin Jr.,  :
Maryellen Herringer, Robert Ingram, Donald          :
James, Mackey McDonald, Wallace Malone,             :
Joseph Neubauer, Lloyd Noland III, Timothy          :
Proctor, Ernest Rady, Van Richey, Ruth Shaw,        :
Lanty Smith, G. Kennedy Thompson, John              :
Whitaker Jr. and Dona Young,                        :
                                                    :
        Defendants.                                 :
------------------------------------------------------------x
```

```
-----------------------------------------------------------------x
JASON T. WILLARD, on behalf of himself and      :
all others similarly situated,                  :
                                                :
        Plaintiff,                              :
                                                :
v.                                              :   Civil Action No.: 08-cv-06196-UA
                                                :
Wachovia Corporation, G. Kennedy Thompson,      :
John D. Baker, III, Peter C. Browning, John T.  :
Casteen, III, Jerome A. Gitt, William H. Goodwin,:
III, Maryellen C. Herringer, Robert A. Ingram,  :
Donald M. James, Mackey J. McDonald, Joseph     :
Neubauer, Timothy D. Proctor, Ernest S. Rady,   :
Van L. Richey, Ruth G. Shaw, Lanty L. Smith,    :
Dona Davis Young, Thomas J. Wurtz, Benjamin J.  :
Jolley, Wachovia Benefits Committee,            :
Management Resource & Compensation              :
Committee and John Does 1-10                    :
                                                :
        Defendants.                             :
-----------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2008 a true and correct copy of the Notice of Motion and Motion for Consolidation of Related Actions and for Appointment of Interim Lead Plaintiffs, Interim Lead Counsel and Interim Liaison Counsel, all supporting documents therewith and the [Proposed] Pretrial Order No. 1 were all served by U.S. Mail upon the following:

Louie Dimitrios Nikolaidis  
LEWIS CLIFTON & NIKOLAIDIS, P.C.,  
275 Seventh Avenue  
Suite 2300  
New York, NY 10001  

*Counsel for Plaintiff Rose Hansen*

Cornelius Patrick McCarthy  
ALLEGAERT BERGER & VOGEL LLP  
111 Broadway, 20th Floor  
New York, NY 10006  

*Counsel for Plaintiff Plaintiff Denise A. Tuttle*

David Steven Preminger  
KELLER ROHRBACK L.L.P  
275 Madison Avenue  
Suite 1425  
New York, NY 10016  

*Counsel for Plaintiff Todd A. Wright*

Mark C. Rifkin  
Wolf Haldenstein Adler Freeman & Herz LLP  
270 Madison Avenue  
New York, NY 10016  

*Counsel for Plaintiff Jason T. Willard*

                                                                 /s/ Ronen Sarraf