JUL-17-2008  17:01                                                              P.04/06

Swain, J.
Part I

Howard Shapiro (pro hac vice admission pending)
Myron D. Rumeld
Russell L. Hirschhorn
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299
*Attorneys for Defendants*
*Attorneys for Defendants*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
         JUL 1 8 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Robert M. Cominsky, Barbara Pegues, Sharon Creel and Peter J. Zeman, individually, on behalf of the Wachovia Savings Plan, and all others similarly situated,<br><br>                                     Plaintiff,<br><br>v.<br><br>Wachovia Corporation, Wachovia Bank, National Association, Wachovia Benefits Committee, Benjamin J. Jolley, John Does 1-10, Wachovia Board of Directors, John Baker II, James Balloun, Robert Brown, Peter Browning, John Casteen III, Jerry Gitt, William Goodwin Jr., Maryellen Herringer, Robert Ingram, Donald James, Mackey McDonald, Wallace Malone, Joseph Neubauer, Lloyd Noland III, Timothy Proctor, Ernest Rady, Van Richey, Ruth Shaw, Lanty Smith, G. Kennedy Thompson, John Whitaker Jr. and Dona Young,<br><br>                                     Defendants. | No.: 1:08-cv-5990 (UA)<br><br>**ECF CASE** |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED that defendants Wachovia Corporation,

Wachovia Bank, National Association, Wachovia Benefits Committee, Benjamin J. Jolley,

Wachovia Board of Directors, John Baker II, James Balloun, Robert Brown, Peter Browning,

John Casteen III, Jerry Gitt, William Goodwin Jr., Maryellen Herringer, Robert Ingram, Donald

8485/77220-001 Current/11616920v1

JUL-17-2008  17:01                                                    P.05/06

James, Mackey McDonald, Wallace Malone, Joseph Neubauer, Lloyd Noland III, Timothy Proctor, Ernest Rady, Van Richey, Ruth Shaw, Lanty Smith, G. Kennedy Thompson, John Whitaker Jr. and Dona Young time is adjourned pending a determination on the motion to consolidate this action with the following actions: U.S.S.D.N.Y. Docket No. 08-cv-5320, U.S.S.D.N.Y. Docket No. 08-cv-5324, U.S.S.D.N.Y. Docket No. 08-cv-5578, and U.S.S.D.N.Y. Docket No. 08-cv-6196.

Dated: New York, New York
       July 17, 2008

Respectfully Submitted,

PROSKAUER ROSE LLP

By: _____
    Howard Shapiro (pro hac vice admission pending)
    Myron D. Rumeld
    Russell L. Hirschhorn
1585 Broadway
New York, NY 10036
P: 212.969.3000
F: 212.969.2900
howshapiro@proskauer.com
mrumeld@proskauer.com
rhirschhorn@proskauer.com
*Attorneys for Defendants*

-2-

8465/77220-001 Current/11018220v1

Dated: New York, New York
July 17, 2008

**STULL STULL & BRODY**

By: _____
Edwin J. Mills
6 East 45th Street
New York, NY 10017
P: 212.687.7230
F: 212.490.2022
ssbny@aol.com
*Attorneys for Plaintiff*

**SARRAF GENTILE LLP**
Joseph Gentile
Ronen Sarraf
11 Hanover Square, 2nd Floor
New York, NY 10005
P: 212.868.3610
F: 212.918.7967
joseph@sarrafgentile.com
ronen@sarrafgentile.com
*Attorneys for Plaintiff*

**MAJOR KHAN LLC**
Major Khan
20 Bellevue Street
Weehawken, NJ 07086
P: 646.546.5664
F: 646.546.5755
mk@mk-llc.com
*Attorneys for Plaintiff*

**SCHATZ NOBEL IZARD P.C.**
Robert A. Izard
20 Church Street, Suite 1700
Hartford, CT 06103
P: 860.493.6292
F: 860.493.6290
rizard@snilaw.com
*Attorneys for Plaintiff*

SO ORDERED

_____ 7/18/08
U.S. District Court Judge
 PART 1

-3-