UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
ROBERT M. COMINSKY, Barbara Pegues,          :
Sharon Creel and Peter J. Zeman,  individually, :
on behalf of the Wachovia Savings Plan, and   :
all others similarly situated,                :
                                              :
                   Plaintiffs,                :
        v.                                    :      Civil Action No.: 08-cv-05990-DC
                                              :
Wachovia Corporation, Wachovia Bank,          :
National Association, Wachovia Benefits       :
Committee, Benjamin J. Jolley, John Does 1-10, :
Wachovia Board of Directors, John Baker II,   :
James Balloun, Robert Brown, Peter Browning,  :
John Casteen III, Jerry Gitt, William Goodwin Jr., :
Maryellen Herringer, Robert Ingram, Donald    :
James, Mackey McDonald, Wallace Malone,       :
Joseph Neubauer, Lloyd Noland III, Timothy    :
Proctor, Ernest Rady, Van Richey, Ruth Shaw,  :
Lanty Smith, G. Kennedy Thompson, John        :
Whitaker Jr. and Dona Young,                  :
                                              :
                   Defendants.                :
------------------------------------------------------------x
```

## NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that effective immediately the law firm of SCHATZ NOBEL

IZARD, P.C. has changed its name to:

IZARD NOBEL LLP

The attorneys' email addresses have been changed to reflect izardnobel.com as the new

domain name.  The firm's address, telephone number and facsimile remain the same.

Dated: July 24, 2008                              Respectfully submitted:

                                                  **SARRAF GENTILE LLP**

                                                  By:  /s/ Ronen Sarraf
                                                      Ronen Sarraf
                                                      Joseph Gentile
                                                      11 Hanover Square, 2nd Floor
                                                      New York, NY 10005
                                                      Telephone: (212) 868-3610
                                                      Facsimile: (212) 918-7967
                                                      *ronen@sarrafgentile.com*
                                                      *joseph@sarrafgentile.com*

                                                      Robert A. Izard
                                                      Mark P. Kindall
                                                      Wayne T. Boulton
                                                      **IZARD NOBEL LLP**
                                                      20 Church St., 17th Floor
                                                      Hartford, CT 06103
                                                      Telephone: (860) 493-6292
                                                      Facsimile: (860) 493-6290
                                                      *rizard@izardnobel.com*
                                                      *mkindall@izardnobel.com*
                                                      *wboulton@izardnobel.com*

                                                      Edwin J. Mills
                                                      **STULL STULL & BRODY**
                                                      6 East 45th Street
                                                      New York, NY 10017
                                                      Telephone: (212) 687-7230
                                                      Facsimile: (212) 490-2022
                                                      *emills@ssbny.com*

                                                      Major Khan
                                                      **MAJOR KHAN LLC**
                                                      20 Bellevue Street
                                                      Weehawken, NJ 07086
                                                      Telephone: (646) 546-5664
                                                      Facsimile: (646) 546-5755
                                                      *mk@mk-llc.com*

                                                      **Attorneys for Robert M. Cominsky,
                                                      Barbara Pegues, Sharon Creel
                                                      and Peter J. Zeman**

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2008 a true and correct copy of the foregoing Notice was electronically filed using the Court's ECF system which will send a notification of such filing to all users of the ECF system and that a true and correct copy of the foregoing Notice was served by U.S. Mail upon the following:

Myron D. Rumeld
Proskauer Rose LLP
1585 Broadway
New York, NY 10036


  /s/ Ronen Sarraf