**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROSE HANSEN, individually and on Behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     vs.<br><br>WACHOVIA CORPORATION, ET AL.,<br><br><br>                    Defendants. | Civil Action No.: 1:08-cv-5320-NRB |
| TODD A. WRIGHT, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     vs.<br><br>WACHOVIA CORPORATION, ET AL.,<br><br><br>                    Defendants. | Civil Action No.: 1:08-cv-5324-DC |
| DENISE A. TUTTLE, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     vs.<br><br>WACHOVIA CORPORATION, ET AL.,<br><br><br>                    Defendants. | Civil Action No.: 1:08-cv-5578-DC |

| | |
|---|---|
| ROBERT M. COMINSKY, Individually and on behalf of The Wachovia Savings Plan and all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>WACHOVIA CORPORATION, ET AL.,<br><br>    Defendants. | Civil Action No.: 1:08-cv-5990-UA |
| JASON T. WILLARD, On Behalf of Himself And All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>WACHOVIA CORPORATION, ET AL.,<br><br>    Defendants. | Civil Action No.: 1:08-cv-6196-UA |
| MICHAEL WELCH, Individually And On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>WACHOVIA CORPORATION, ET AL.,<br><br>    Defendants. | Civil Action No.: 1:08-cv-6464 |

**DECLARATION OF JEFFREY M. NORTON IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF PROPOSED ORDER CONSOLIDATING THE ERISA ACTIONS <u>AND APPOINTING INTERIM LEAD COUNSEL</u>**

I, Jeffrey M. Norton, declare the following under penalty of perjury:

1. I am a partner in the law firm of Harwood Feffer LLP and one of the attorneys of record for plaintiff Michael Welch ("Plaintiff") and the proposed class members in the above-captioned action *Welch v. Wachovia Corporation, et al.*, Civil Action No.: 1:08-cv-6464.

2. I submit this declaration in further support of Plaintiff's motion for consolidation of the above-captioned ERISA actions under the caption *In re Wachovia Corporation ERISA Litigation*, Master File No. 1:08-cv-532 (NRB) (the "Consolidated Action") and for appointment of Harwood Feffer LLP as Interim Lead Counsel for the plaintiffs in the Consolidated Action.

3. Annexed hereto as Exhibit A is a true and accurate copy of Harwood Feffer LLP's firm resume.

Dated: July 24, 2008

                                                  ___ s/ Jeffrey M. Norton____
                                                  Jeffrey M. Norton (JN-4827)
                                                  Harwood Feffer LLP
                                                  488 Madison Avenue, 8th Floor
                                                  New York, New York 10022
                                                  Tel: (212) 935-7400
                                                  Fax: (212) 753-3630